UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALD W. HILL JR,

        Plaintiff,

v.

D.K. SISTO et al,

        Defendant.

Case Number: CV07-05315 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald W. Hill J-12852
CSP - Solano
Bldg #4 - 208 U
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: October 23, 2007

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk